IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CHRISTINE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 3:13-cv-00135-CAR |
| | ) | |
| GEORGIA CHECK RECOVERY, INC. | ) | |
| and STEPHANIE Y. FULLER, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION TO EXTEND PERIOD FOR DEFENDANT CHECK RECOVERY, INC.'S TO FILE A RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff Christine Anderson and Defendant Georgia Check Recovery, Inc. (hereinafter referred to as "GCR")  agree pursuant to L.R. 6.1 to extend the period in the above-captioned matter for GCR to file a responsive pleading through and including January 23, 2014.

STIPULATED AND AGREED this 9th day of January, 2014.

| **BEDARD LAW GROUP, P.C.** | **THE LAW OFFICES OF CRAIG J. EHRLICH, LLC** |
|---|---|
| /s/ Jonathan K. Aust | |
| Jonathan K. Aust | /s/ Craig J. Ehrlich |
| Georgia Bar No. 448584 | Craig J. Ehrlich |
| John H. Bedard, Jr. | Georgia Bar No. 242240 |
| Georgia Bar No. 043473 | (signed with express permission by Jonathan K. Aust) |
| | |
| 2810 Peachtree Industrial Blvd. | |
| Suite D | P.O. Box 4989 |

| | |
|---|---|
| Duluth, Georgia 30097<br>Telephone: (678) 253-1871, ext. 203<br>Facsimile: (678) 253-1873<br>jaust@bedardlawgroup.com<br>jbedard@bedardlawgroup.com<br><br>*Counsel for Defendant Georgia Check Recovery, Inc.* | Atlanta, Georgia 30302-4989<br>Telephone: (888) 595-9111, ext. 250<br>Facsimile: (866) 382-0092<br>cehrlich@attorneysforconsumers.com<br><br>*Counsel for Plaintiff* |